USCA1 Opinion

 

 March 29, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1874 ALFREDO PAGAN-ASTACIO, Plaintiff, Appellant, v. UNITED STATES DEPARTMENT OF EDUCATION, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ____________________ Alfredo Pagan Astacio on brief pro se. _____________________ Guillermo Gil, United States Attorney, and Maria Hortensia Rios _____________ ____________________ Gandara, Assistant United States Attorney, on brief for appellee. _______ ____________________ ____________________ Per Curiam. Pro se plaintiff Alfredo Pagan-Astacio __________ ___ __ appeals a district court order that granted the United States Department of Education summary judgment and dismissed plaintiff's complaint. Plaintiff contends that the DOE violated the Freedom of Information Act, 5 U.S.C. 552 (a)(1)(D), by failing to publish in the Federal Register the National Defense, National Direct and Perkins Loan Programs _____________________________________________________________ Revised Directory of Low-Income Schools for Teacher _____________________________________________________________ Cancellation Benefits. We have thoroughly reviewed the ______________________ record and the parties' briefs on appeal and conclude that such publication is not required for the reasons stated in the district court's opinion. Accordingly, the judgment of the district court is affirmed. ________ -3-